IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TCF INVENTORY FINANCE, INC.,

    Plaintiff,

v.                                            No. 14-1215

PICKWICK WATERSPORTS INC., *et al.*,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
PLAINTIFF'S MOTION FOR WRIT OF POSSESSION
_____

Before the Court is the August 29, 2014 motion of the Plaintiff for a writ of possession. (D.E. 2). The motion was referred to the United States Magistrate Judge for report and recommendation. On September 4, 2014, the magistrate judge recommended that the writ be issued. (D.E. 18.) As no objections have been filed and upon review of the briefs, the report and recommendation is hereby ADOPTED in its entirety, including the requirement for the posting of bond, and the motion is GRANTED.

    IT IS SO ORDERED this 26th day of September 2014.

                               s/ JAMES D. TODD
                               UNITED STATES DISTRICT JUDGE